IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS VAN DORN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 3:10-cv-00738-WDS-DGW ) |
| AMEDISYS, INC. | ) ) |
| Defendant. | ) |

**SHOW CAUSE ORDER**

On January 26, 2011, Defendant Amedisys, Inc. submitted to Plaintiff's counsel its First Set of Interrogatories and First Request for Production. The parties agreed that Plaintiff would have until March 14, 2011 to respond to Defendant's discovery requests. Defendant has made several requests to Plaintiff's counsel regarding said discovery, and to date, Plaintiff has failed to submit responses to the discovery requests.

Additionally, Plaintiff has failed to provide documents referenced in his Rule 26 disclosures, including but not limited to his workers' compensation file and accompanying medical records, despite repeated requests to do so.

The Court therefore **ORDERS** Plaintiff to respond to all outstanding discovery requests by **Wednesday, May 11, 2011 at 5:00 p.m**. The parties shall notify the Court of Plaintiff's compliance with this Order no later than May 12, 2011 at 10:00 a.m.

Should Plaintiff fail to comply with the Court's Order, he is **ORDERED TO SHOW CAUSE**, **in person**, on **May 12, 2011 at 3:00 p.m.** in the East St. Louis

Courthouse before United States Magistrate Donald G. Wilkerson, as to why it should not be recommended that this case be dismissed for want of prosecution.

**IT IS SO ORDERED.**

**Dated:  April 27, 2011**

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**